**KEN THERRIEN**
Attorney at Law
413 NORTH SECOND STREET
Yakima, WA 98901
(509) 457-5991
kentherrien@msn.com

<u>Attorney for Defendant:</u>
**Tinoah Ardaniel Bragg**

EASTERN DISTRICT OF WASHINGTON
IN THE UNITED STATES DISTRICT COURT
**(Honorable W. FREMMING NIELSEN)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR-13-0008-WFN-42 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| TINOAH ARDANIEL BRAGG, | ) | SENTENCING MEMORANDUM |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:         MICHAEL C. ORMSBY, United States Attorney

AND TO:  STEPHANIE VAN MARTER, Assistant United States Attorney;

AND TO:  RUSSELL SMOOT, Assistant United States Attorney

AND TO:  BRENDA G. CHALLINOR, United States Probation Officer

SENTENCING MEMORANDUM
Page 1

**KEN THERRIEN**
413 NORTH SECOND STREET
Yakima, WA  98901
(509)  457-5991

Tinoah Ardaniel Bragg, by and through her attorney, Ken Therrien, hereby submits this sentencing memorandum in preparation for her sentencing hearing scheduled for October 29, 2014 at 10:30 a.m. in Spokane, Washington.

## I. STATUS OF THE CASE

On March 31, 2014 Tinoah Ardaniel Bragg entered a plea of guilty to Count Two of the Indictment charging her with conspiracy to distribute a mixture or substance containing a detectable amount of oxycodone hydrochloride an opiate and Schedule II controlled substance pursuant to 21 U.S.C. § 812 ( c ), specifically in form of pills containing oxycodone hydrochloride, in violation of 21 U.S.C. § 841 (a)(1)(C), all in violation of 21 U.S.C. §846.

Ms. Braggs submits that her base level offense is 32 and minus a 2 level reduction for specific offense characteristics, would reduce her offence level to 30. Minus 2 for adjustment for role in offense and minus 2 for acceptance of responsibility, would reduce her offense level to 26. Ms. Bragg submits that according to USSG §3E1.1(b), as the defendant qualifies for a decrease under subsection (a), the offense level determined above is 16 or greater, and the defendant has assisted authorities in the investigation or prosecution of the defendant's own misconduct by timely notifying authorities of the intention to enter a plea of guilty, thereby permitting the government to avoid trial preparation and permitting the Court to allocate its resources efficiently, an additional 1-level reduction is applied. Ms. Bragg's adjusted base level offense would be 25.

With the imposition of the proposed retroactive amendment to USSG § 2D1.1(c) Ms. Bragg's base offense level would be further reduced another two levels resulting in a base offense level of 23. An additional two level reduction under 18§ 3553(f) and agreed to in paragraph 10(b) of the plea agreement would

SENTENCING MEMORANDUM
Page 2

KEN THERRIEN
413 NORTH SECOND STREET
Yakima, WA 98901
(509) 457-5991

result in a final adjusted base level offense of 21. With a Criminal History Category of 0, Ms. Bragg's standard range would be 37 to 46 months. Pursuant to paragraph 11(1) of the plea agreement, the Government will recommend not less than a twelve (12)-month term of imprisonment and no more than (24) months.

## II. SENTENCING MEMORANDUM

18 § USC 3553 sets out factors to be considered by the Court when determining what sentence would be sufficient, but not greater than necessary, to comply with the purposes of the statute. While no one factor is necessarily more determinative than the other, 18 § USC 3553 provides a sequential list of factors to assist the sentencing Court in its analysis.

The District Court may not presume that the guideline range is reasonable, nor should the guideline factors be given any more or less weight than any other. **United States v. Carty**, 520 F.3d 984, 991 (9th Cir. 2008) en banc, citing **Rita**[1], **Gall**[2], and **Kimbrough**[3]. The guidelines are but one factor to be taken into account in arriving at an appropriate sentence. **Id**.

### Nature of the Offense

Tinoah Bragg became involved in the ETGC Oxycontin drug distribution activity as one of the (18) couriers who would transport Oxycontin and money back and forth from Los Angeles and Spokane. Ms. Bragg became involved through her association with a person she met when she was obtaining her

---

[1] Rita v. United States, 127 S.Ct. 2456 (2007)

[2] Gall v. United States, 127 S.Ct. 2833 (2007)

SENTENCING MEMORANDUM
Page 3

KEN THERRIEN
413 NORTH SECOND STREET
Yakima, WA 98901
(509) 457-5991

cosmetology license at Healthy Hair Academy. This individual pulled, Ms. Bragg into the conspiracy by initially asking her to travel to Spokane and transport money back from Spokane to Los Angeles. Ms. Bragg knew doing so probably involved transportation of illegal drug money. Once Ms. Bragg had transported the money that individual made more demands on Ms. Bragg. This resulted in her becoming more involved in the conspiracy. The individual who involved Ms. Bragg was ultimately arrested and indicted and is identified as a mid-level organizer in the drug organization. Ms. Bragg was paid $500.00 a trip and at best netted $2000.00

### History and Characteristics of Tinoah Bragg

Tinoah Bragg has no prior criminal history and once she is sentenced on October 29, 2014 she will. Ms. Bragg never knew her biological father who was killed in a motorcycle accident shortly before her birth. Ms. Bragg cares for her mother who previously had suffered a stroke and recently had a kidney transplant. Tinoah made preparations for donating a kidney to her mother but fortunately, a kidney was located for mother from an anonymous donor.

Ms. Bragg still has contact with her step-father, even though the end of the marriage resulted from her step-father's decision to end the marriage due to his inability to address Ms. Braggs mother's significant medical and caregiver needs.

When she was around 20 years old, Tinoah had a daughter named who presently is 7 years old. The relationship with the biological father was marked with multiple occasions of physical and emotional abuse. Several of the physical assaults, resulted in treatment at Cedars Sinai Hospital on at least two (2) separate

---

[3] Kimbrough v. United States, 128 S.Ct. 558 (2007)

SENTENCING MEMORANDUM
Page 4

KEN THERRIEN
413 NORTH SECOND STREET
Yakima, WA 98901
(509) 457-5991

occasions. Tinoah is now in a stable relationship and has a 13 month daughter with the father of her second child.

Tinoah is a hard- worker. Tinoah presently works 30-35 hours a week at Starbucks, cuts hair on the side and on her off days works at another busioness as a cashier as well. Tinoah presently has plans to start her own on-line business. Tinoah has managed to avoid the drug abuse and self-destruction that plagues many people of her economic background and circumstances.

### Promote Respect for the Law, Afford an Adequate Deterrence and Protection of the Public

The Court need not impose any time of incarceration to satisfy these factors. Tinoah knows the mistake she has made and deeply regrets the pain and embarrassment she has caused not only herself but her family and loved ones.

### Provide Vocational and Educational Training

This sentencing factor does not apply to Tinoah's situation. Tinoah obtained a cosmetology license from Heathy Hair Academy and has exhibited she has the essential skills and work ethic to allow her to succeed in life if given the opportunity to do so.

## III. CONCLUSION

18 USC § 3553 instructs the sentencing court to impose a sentence sufficient but not greater than necessary to comply with the purposes set forth in paragraph 2 of its subsection. Based upon the information provided in this

SENTENCING MEMORANDUM
Page 5

KEN THERRIEN
413 NORTH SECOND STREET
Yakima, WA  98901
(509)  457-5991

sentencing memorandum, Tinoah Ardaniel Bragg respectfully requests that any sentence imposed be completed in a noncustodial setting.

DATED this 13th day of October, 2014.

                                  Respectfully submitted by:

                                  */s/Ken Therrien*
                                  KEN THERRIEN, WSBA #20291
                                  Attorney for Tinoah Ardaniel Bragg
                                  413 NORTH SECOND STREET
                                  Yakima, WA  98901
                                  (509) 457-5991
                                  Fax: (509) 457-6197

SENTENCING MEMORANDUM
Page 6

KEN THERRIEN
413 NORTH SECOND STREET
Yakima, WA  98901
(509)  457-5991

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on October 13, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send electronic notification of such filing to:

- **STEPHANIE VAN MARTER**, Assistant United States Attorney
- **RUSSELL SMOOT**, Assistant United States Attorney
- **BRENDA G. CHALLINOR**, United States Probation Officer.

*/s/ Ken Therrien*
KEN THERRIEN, WSBA #20291
Attorney for Tinoah Ardaniel Bragg
413 NORTH SECOND STREET
Yakima, WA 98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

SENTENCING MEMORANDUM
Page 7

KEN THERRIEN
413 NORTH SECOND STREET
Yakima, WA 98901
(509) 457-5991